UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AROMA INTELLIGENCE, LLC<br>a Michigan Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SCENTCO, INC.<br>a California corporation,<br><br>　　　　　Defendant. | )<br>)　Civil Action No.<br>)<br>)　Honorable<br>)<br>)　Magistrate Judge<br>)<br>)<br>)<br>)　**COMPLAINT**<br>)　**AND**<br>)　**JURY DEMAND**<br>) |

RICHARD W. HOFFMANN (P42352)
Reising Ethington PC
755 W. Big Beaver Road, Suite 1850
Troy, Michigan 48084
Telephone:　248-689-3500
Facsimile:　248-689-4071
Email:　　　hoffmann@reising.com
*Counsel for Plaintiff Aroma Intelligence, LLC.*

---

# COMPLAINT

Plaintiff Aroma Intelligence, LLC ("Aroma Intelligence") by its undersigned attorneys, for its Complaint against Defendant Scentco, Inc. ("Scentco") alleges as follows:

## NATURE OF THE ACTION

1. This is an action for patent infringement arising out of Scentco's infringement of U.S. Patent No. 6,899,486 ("the '486 patent") in violation of the patent laws of the United States, 35 U.S.C. §§ 271 and 281-285.

## THE PARTIES

2. Plaintiff Aroma Intelligence is a Michigan Corporation having a principal place of business at 21953 Letye St. Farmington Hills, MI 48336

3. Defendant Scentco is a California corporation with a principal place of business at 8640 Argent Street, Santee, CA 92071.

## JURISDICTION AND VENUE

4. This action arises under the patent laws of the United States, Title 35 of the United States Code.

5. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. Upon information and belief, this Court has personal jurisdiction over Scentco. Scentco has conducted and continues to conduct business in this judicial district purposefully, has placed its infringing pens into the stream of commerce knowing and intending that this judicial district was and is a likely destination of those products, has caused injury to Plaintiff in this judicial district and has committed acts of infringement in this judicial district.

7. Venue is proper in this judicial district under 28 U.S.C. §§1391(b) and (c), and 1400(b).

## COUNT I
### Patent Infringement Of United States Patent 6,899,486

8.  Plaintiff realleges and incorporates by reference every allegation contained in Paragraphs 1-7 of this Complaint.

9.  The United States Patent and Trademark Office ("PTO") duly and legally issued the '486 patent, entitled "PEN WITH A SCENTED HOUSING," to Eric L. Wetzel et. al. on May 31, 2005. The '486 patent is assigned to Aroma Intelligence. A true and correct copy of the '486 patent is attached as Exhibit A and is made a part of this Complaint.

10. Aroma Intelligence is the owner of this patent, and its ownership is duly reflected in the assignment records of the PTO.

11. The '486 patent covers a pen including, *inter alia*, a means for emanating an aroma.

12. Scentco has been and still is infringing one or more claims of the '486 patent by making, selling, using, and offering to sell pens embodying the patented invention, and will continue to do so unless enjoined by this court.

13. Scentco's pens that infringe the '486 patent include, but are not necessarily limited to its products identified as Smens® 2.0 Gourmet Scented Pens.

14. Scentco had actual notice of the '486 patent by way of correspondence from Aroma Intelligence.

15. Aroma Intelligence has been damaged by the infringement.

## RELIEF REQUESTED

WHEREFORE, Plaintiff AROMA INTELLIGENCE, LLC respectfully requests that this Court enter a judgment and order that:

A. Scentco has infringed the '486 patent;

B. Scentco's infringement of the '486 patent has been willful and deliberate;

C. Scentco and its officers, agents, representatives, employees and all others in concert or participation with them, directly or indirectly, be enjoined preliminarily and permanently from infringing the '486 patent in any manner;

D. Plaintiff Aroma Intelligence, be awarded damages adequate to compensate for Scentco's infringement of the '486 patent, together with pre-judgment interest pursuant to 35 U.S.C. § 284;

E. Plaintiff, Aroma Intelligence, be awarded treble damages and costs and reasonable attorneys' fees and expenses in this action in accordance with 35 U.S.C. §§ 284 and 285; and

F. Plaintiff, Aroma Intelligence, be awarded such other and further relief as this Court may deem just and proper.

Respectfully submitted,

Date: February 27, 2014    by /s/Richard W. Hoffmann
　　　　　　　　　　　　　　RICHARD W. HOFFMANN (P42352)
　　　　　　　　　　　　　　Reising Ethington PC
　　　　　　　　　　　　　　755 W. Big Beaver Road, Suite 1850
　　　　　　　　　　　　　　Troy, Michigan 48084
　　　　　　　　　　　　　　Telephone:   248-689-3500
　　　　　　　　　　　　　　Facsimile:    248-689-4071
　　　　　　　　　　　　　　Email: hoffmann@reising.com

*Counsel for Plaintiff Aroma Intelligence, LLC*

**JURY DEMAND**

Plaintiff, Aroma Intelligence LLC., hereby demands a trial by jury.

Respectfully submitted,

Date:   February 27, 2014            by /s/Richard W. Hoffmann
                                     RICHARD W. HOFFMANN (P42352)
                                     Reising Ethington PC
                                     755 W. Big Beaver Road, Suite 1850
                                     Troy, Michigan 48084
                                     Telephone:    248-689-3500
                                     Facsimile:    248-689-4071
                                     Email: hoffmann@reising.com


*Counsel for Plaintiff Aroma Intelligence, LLC*

5